IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES ESTEP,

           Petitioner,

    v

STEVEN CAMBRA, Warden,

           Respondent.

           No C-02-0348 VRW

           ORDER

_____/

        The court of appeals has remanded this case for the limited purpose of granting or denying a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b).  Doc # 24.

        A certificate of appealability is GRANTED because petitioner has made "a substantial showing of the denial of a constitutional right."  28 USC § 2253(c)(2).  Petitioner has demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it

debatable whether the district court was correct in its procedural ruling." <u>Slack v McDaniel</u>, 529 US 473, 484 (2000).

      The clerk shall return to the court of appeals the case file with this order.  See <u>United States v Asrar</u>, 116 F3d 1268, 1270 (9th Cir 1997).

      IT IS SO ORDERED.

                                                                VAUGHN R WALKER
                                                                United States District Chief Judge

**United States District Court**
For the Northern District of California